**Order entered July 25, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00059-CR

**WILLIE DESHUN WADE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court
Dallas County, Texas
Trial Court Cause No. F17-75793-R**

## ORDER

Before the Court is appellant's July 23, 2018 second motion to extend the time to file appellant's brief. We **GRANT** appellant's motion and **ORDER** appellant's brief filed on or before **August 13, 2018**. If appellant's brief is not filed by August 13, 2018, this appeal may be abated for the trial court to make findings in accordance with rule of appellate procedure 38.8.

/s/     CRAIG STODDART
         JUSTICE